**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

ROBERT A. KATZMANN                           CATHERINE O'HAGAN WOLFE
CHIEF JUDGE                                   CLERK OF COURT

Date: October 31, 2013                    DC Docket #: 04-cv-875
Docket #: 12-2909cv                        DC Court: EDNY (BROOKLYN)
Short Title: Barkley v. Olympia Mortgage Company    DC Docket #: 04-cv-875
                                           DC Court: EDNY (BROOKLYN)
                                           DC Judge: Matsumoto
                                           DC Judge: Mann

## NOTICE OF HEARING DATE

### REVISED

**Argument Date/Time:**   Friday, November 22, 2013 at 10:00 a.m.
**Location:**              Thurgood Marshall U.S. Courthouse, 40 Foley Square,
                          New York, NY, 10007, 17th Floor, Room 1705, Entrance 1703


**Time Allotment:**       Sandra C. Barkley              (10 mins.)
                          United Property Group, LLC., et al  (7  mins.)
                          Yaron Hershco                 (3  mins.)

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.
----------------------------------------------------------------------------------------------------
**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument:   Sara Manaugh
Firm Name (if applicable):                         South Brooklyn Legal Services
Current Telephone Number:                          718-237-5500

The above named attorney represents:
( ) Appellant/Petitioner   (XX) Appellee-Respondent ( )   Intervenor

Date: _10/31/13_          Signature: _/s/ Sara Manaugh_